170 So.2d 508

## John Allen GUILLORY

v.

## HARTFORD ACCIDENT AND INDEMNITY COMPANY.

No. 47561.

Jan. 18, 1965.

In re: Hartford Accident and Indemnity Company applying for certiorari, or writ

of review, to the Court of Appeal, Third Circuit, Parish of Evangeline, 168 So.2d 360.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error in the judgment complained of.